IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMIAH DAVIDSON, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-04345 |
| | § § | |
| LAUSON DRILLING SERVICES, INC., | § § § | |
| *Defendant*. | § | |

## **ORDER**

Pursuant to Federal Rule of Evidence 502(d), the Court hereby ORDERS that any inadvertent production of privileged material shall not result in the waiver of any associated privilege nor result in a subject matter waiver of any kind. Any privileged material inadvertently disclosed must be returned to the producing party as soon as reasonably practicable upon notice of the disclosure.

SIGNED this _____ day of _____, 2023.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| **SANFORD LAW FIRM, PLLC** | **BAKER & HOSTETLER LLP** |
| By: */s/ Colby Qualls* | By: */s/ Mark D. Temple* |
| **Colby Qualls** | **Mark D. Temple**, *attorney-in-charge* |
| Arkansas Bar No. 2019246 | Texas Bar No. 00794727 |
| **Josh Sanford** | **Emil M. Sadykhov**, *of counsel* |
| Texas Bar No. 24077858 | State Bar No. 24110316 |
| 10800 Financial Centre Pkwy, Ste. 510 | 811 Main Street, Suite 1100 |
| Little Rock, Arkansas 72211 | Houston, Texas 77002 |
| Telephone: (800) 615-4946 | Telephone: (713) 751-1600 |
| Facsimile: (888) 787-2040 | Facsimile: (713) 751-1717 |
| colby@sanfordlawfirm.com | mtemple@bakerlaw.com |
| josh@sanfordlawfirm.com | esadykhov@bakerlaw.com |
| **ATTORNEY FOR PLAINTIFF JEREMIAH DAVIDSON** | **ATTORNEYS FOR DEFENDANT LAUSON DRILLING SERVICES, INC.** |