IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEREMIAH DAVIDSON, Individually and on Behalf of All Others Similarly Situated, §§§§<br><br>*Plaintiffs*,<br>v.<br><br>LAUSON DRILLING SERVICES, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:22-cv-04345<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF APPEARANCE OF COUNSEL – PAUL M. KNETTEL

PLEASE TAKE NOTICE that Paul M. Knettel of the law firm of Baker & Hostetler LLP, enters an appearance as counsel of record for Defendant Lauson Drilling Services, Inc. The undersigned consents to notification and service, via the Court's ECF system at pknettel@bakerlaw.com, of all notices and filings in this action.

**Dated: June 2, 2023**                              Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Paul M. Knettel*
    Mark D. Temple, a*ttorney-in-charge*
    Texas Bar No. 00794727
    Southern District ID No. 19552
    Emil M. Sadykhov, *of counsel*
    Texas Bar No. 24110316
    Southern District ID No. 3385031
    Paul M. Knettel
    Texas Bar No. 24102031
     Southern District ID No. 3005240
    811 Main Street, Suite 1100
    Houston, Texas 77002
    Phone: (713) 751-1600
    Facsimile: (713) 751-1717
    mtemple@bakerlaw.com
    esadykhov@bakerlaw.com
    pknettel@bakerlaw.com

**ATTORNEYS FOR DEFENDANT**

2

**CERTIFICATE OF SERVICE**

      In accordance with the Federal Rules of Civil Procedure, I hereby certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice of this filing to all counsel of record in this matter.

                                                    */s/ Paul M. Knettel*
                                                    Paul M. Knettel