United States District Court
Southern District of Texas
**ENTERED**
June 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMIAH DAVIDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-04345 |
| | § | |
| LAUSON DRILLING SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON June 5, 2023 at 9:30 AM**

Appearances:            Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | June 26, 2023 |
| New parties/class allegations by: | Putative Collection Suit |
| Plaintiff's experts to be designated by: | November 22, 2023 |
| Report furnished by: | November 22, 2023 |
| Defendant's experts to be designated by: | December 22, 2023 |
| Report furnished by: | December 22, 2023 |
| Discovery to be completed by: | February 28, 2024 |
| Dispositive motions due by: | March 15, 2024 |
| Docket call to be held at 11:30 AM on: | May 6, 2024 |
| Estimated trial time: 3-5 days | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on June 2, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge