United States District Court
Southern District of Texas
**ENTERED**
June 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMIAH DAVIDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-04345 |
| | § | |
| LAUSON DRILLING SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to Federal Rule of Evidence 502(d), the Court hereby ORDERS that any inadvertent production of privileged material shall not result in the waiver of any associated privilege nor result in a subject matter waiver of any kind. Any privileged material inadvertently disclosed must be returned to the producing party as soon as reasonably practicable upon notice of the disclosure.

It is so ORDERED.

SIGNED on June 2, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1