IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**JEREMIAH DAVIDSON, Individually and on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                                    No. 4:22-cv-4345

**LAUSON DRILLING SERVICES, INC.**                    **DEFENDANT**

### UNOPPOSED MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Attorney Colby Qualls, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1. The undersigned has resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

3. Pursuant to Local Rule 83.2, Attorney Colby Qualls moves to be withdrawn as counsel for Plaintiff.

4. This request is not being sought for the purpose of delay and will not prejudice either party.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Colby Qualls withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, do hereby certify that I conferred with counsel for Defendant regarding the relief sought in this Motion and that Defendant's counsel do not oppose the relief requested herein.

                                                                */s Colby Qualls*
                                                                **Colby Qualls**

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Mark D. Temple
Emil M. Sadykhov
Paul M. Knettel
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Facsimile: (713) 751-1717
mtemple@bakerlaw.com
esadykhov@bakerlaw.com
pknettel@bakerlaw.com

                                                                */s/ Colby Qualls*
                                                                **Colby Qualls**