IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**JEREMIAH DAVIDSON, Individually and on Behalf of All Others Similarly Situated**     **PLAINTIFF**

vs.     No. 4:22-cv-4345

**LAUSON DRILLING SERVICES, INC.**     **DEFENDANT**

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Before the Court is Plaintiff's Attorney Colby Qualls' Unopposed Motion to Withdraw as Counsel ("Motion"). After considering the Motion, and noting that it is unopposed, the Court determines that the Motion should be **GRANTED.**

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and that Attorney Colby Qualls is to be relieved as counsel for Plaintiff and that his appearance is withdrawn.

It is so **ORDERED**.

SIGNED on this _____ day of _____, 2023.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE