United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEREMIAH DAVIDSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-04345 |
| § | |
| LAUSON DRILLING SERVICES, INC., § | |
| § | |
| Defendant. § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Before the Court is the plaintiff's Attorney Colby Qualls' unopposed motion to withdraw as counsel (Dkt. No. 17). After considering the motion, and noting that it is unopposed, the Court determines that the motion should be **GRANTED.**

It is, therefore, **ORDERED** that the motion is **GRANTED**, and that Attorney Colby Qualls is to be relieved as counsel for the plaintiff and that his appearance is withdrawn in this matter.

It is so **ORDERED**.

SIGNED on August 17, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1