IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEREMIAH DAVIDSON, Individually and on Behalf of All Others Similarly Situated, § § § *Plaintiffs*, § v. § LAUSON DRILLING SERVICES, INC., § § § *Defendant*. § | CIVIL ACTION NO. 4:22-cv-04345 |

**ORDER GRANTING BAKER & HOSTETLER, LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT LAUSON DRILLING SERVICES, INC. AND FOR AN EXTENSION OF THE REMAINING SCHEDULING ORDER DEADLINES**

The Court has considered Baker & Hostetler, LLP's Unopposed Motion to Withdraw as Counsel for Defendant Lauson Drilling Services, Inc. and for an Extension of the Remaining Scheduling Order Deadlines ("Motion"). The Court, having considered the Motion and noting that it is unopposed, finds that good cause exists for the relief requested in the Motion. As a result, the Motion is well taken and should be **GRANTED**.

**IT IS ORDERED** that Baker & Hostetler, LLP's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Baker & Hostetler, LLP, Mark D. Temple, Paul M. Knettel, and Emil M. Sadykhov are withdrawn as counsel for Defendant Lauson Drilling Services, Inc.

**IT IS FURTHER ORDERED** that the new discovery deadline is April 29, 2024, and dispositive motions will be due May 14, 2024. Docket call will be held at _____ on the ____ day of _____, 2024.

**It is so ORDERED**.

SIGNED the ____ day of _____, 2024.

- 2 -

                                                                                 _____

HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE