UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMIAH DAVIDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-04345 |
| | § | |
| LAUSON DRILLING SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

The parties are hereby notified that a status conference regarding docket call is set for **May 2, 2024, at 9:30 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **571-353-2301**

Conference ID: **973-073-808#**

Conference Password: **963-741#**

Date: April 26, 2024                                                        NATHAN OCHSNER, CLERK

                                                                            By: C. Horace, Case Manager to
                                                                                Judge Kenneth M. Hoyt