IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**JEREMIAH DAVIDSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                    No. 4:22-cv-4345

**LAUSON DRILLING SERVICES, INC.**            **DEFENDANT**

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, hereby enters his appearance on behalf of Plaintiff Jeremiah Davidson. Mr. Short certifies that he is a member in good standing of the Bar of the Southern District of Texas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

                                           Respectfully submitted,

                                           **ATTORNEY SEAN SHORT**

                                           SANFORD LAW FIRM, PLLC
                                           Kirkpatrick Plaza
                                           10800 Financial Centre Pkwy, Suite 510
                                           Little Rock, Arkansas 72211
                                           Telephone: (501) 221-0088
                                           Facsimile: (888) 787-2040

                                           */s/ Sean Short*
                                           Sean Short
                                           Ark. Bar No. 2015079
                                           sean@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

    I, Sean Short, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system and notice thereby given on the date imprinted by the CM/ECF system to all counsel of record in this matter.

                                          */s/ Sean Short*
                                          **Sean Short**