United States District Court
Southern District of Texas
**ENTERED**
May 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMIAH DAVIDSON, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:22-CV-04345 |
| LAUSON DRILLING SERVICES, INC., | | |
| Defendant. | | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON May 2, 2024 at 9:30 AM**

Appearances:   Sean Short
Mark D. Temple
Raymond Bubak
(Court Reporter: L. Smith)

The following rulings were made:

Pursuant to the phone conference conducted this day, the attorneys for the defendant unopposed motion to withdraw as counsel is granted in part. A separate Order requesting same is entered.

In light of the fact that the defendant is a corporate entity, it shall have 30 days to employ new counsel. This case is reset for docket call on September 9, 2024 at 11:30 a.m.. At that time, or at an earlier telephone conference, the Court will set the case for a non-jury trial.

Raymond Bubak, corporate offices may be reached at P.O. Box 820 Columbus, Texas 78934; (979) 733-0345; (979) 732-1013; e-mail Raymond@LansonDrilling.com.

It is so ORDERED.

SIGNED on May 2, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge