United States District Court
Southern District of Texas
**ENTERED**
May 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEREMIAH DAVIDSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-04345 |
| § | |
| LAUSON DRILLING SERVICES, INC., § | |
| § | |
| Defendant. § | |

### ORDER GRANTING BAKER & HOSTETLER, LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT LAUSON DRILLING SERVICES, INC.

The Court has considered Baker & Hostetler, LLP's unopposed motion to withdraw as counsel for defendant Lauson Drilling Services, Inc. and for an extension of the remaining scheduling order deadlines (Dkt. No. 19). The Court, having considered the motion and noting that it is unopposed, determines that the motion should be granted in part.

It is **ORDERED** that Baker & Hostetler, LLP's motion is **GRANTED**.

It is further **ORDERED** that Baker & Hostetler, LLP, Mark D. Temple, Paul M. Knettel, and Emil M. Sadykhov are withdrawn as counsel for defendant Lauson Drilling Services, Inc.

It is so **ORDERED**.

SIGNED on May 2, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge