IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**JEREMIAH DAVIDSON, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 4:22-cv-4345

**LAUSON DRILLING SERVICES, INC.**             **DEFENDANTS**

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT

The Court having reviewed the Motion for Entry of Default Against Defendant Lauson Drilling Service, Inc., and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Entry of Default Against Defendant Lauson Drilling Services, Inc. is GRANTED.

ORDERED on November ___, 2024.

_____
Hon. Kenneth M. Hoyt
United States District Judge